U. S. DISTRICT COURT - DE
MISC. CASE # 06-151

AO 451 (Rev. 11/91 Certification of Judgment

# UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CERTIFICATION OF JUDGMENT
FOR REGISTRATION IN
ANOTHER DISTRICT

U.S. BANCORP EQUIPMENT FINANCE, INC., ET AL

v.                                                             Case Number: 04-4586

DCC II AIRCRAFT CORPORATION, ET AL

I, <u>Michael E. Kunz</u>, Clerk of the United States district court certify that the attached judgment is a true and correct copy of the original judgment entered in this action on __4/11/06__, as it appears in the records of this court, and that **no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure have been filed.**

**IN TESTIMONY WHEREOF**, I sign my name and affix the seal of this Court.

MICHAEL E. KUNZ
Clerk

August 1, 2006
Date

*signature*
Kim Williams, (by) Deputy Clerk

---

*Insert the appropriate language:..."no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure have been filed," ..."no notice of appeal from this judgment has been filed, and any motions of the kinds listed in Rule 4(a) of the Federal Rules of Appellate Procedure (†) have been disposed of, the latest order disposing of such motion having been entered on [date]." ..."an appeal was taken from this judgment and the judgmentwas affirmed by mandate of the Court of Appeals issued on [date]." ..."an appeal was taken from this judgment and the appeal was dismissed by order entered on [date]."

(†)Note: The motions listed in Rule 4(a), Fed. R. App. P., are motions: for judgment notwithstanding the verdict; to amend or make additional findings of fact; to alter or amend the judgment; for a new trial; and for an extension of time for filing a notice of appeal.)





A TRUE COPY CERTIFIED TO FROM THE RECORDS
DATE: JUL 27 2006
ATTEST: Steve Tomas
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

TR 6379

PITNEY HARDIN LLP
(MAIL TO) P.O. BOX 1945, MORRISTOWN, N.J. 07962-1945
(DELIVERY TO) 200 CAMPUS DRIVE, FLORHAM PARK, N.J. 07932-0950
(973) 966-6300

ATTORNEYS FOR Plaintiff
U.S. Bancorp Equipment Finance, Inc.

**FILED**

APR 10 2006

MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| U.S. BANCORP EQUIPMENT FINANCE, INC., | HONORABLE Hon. Legrome D. Davis |
| Plaintiff, | Civil Action No. 04-cv-0456 |
| v. | **STIPULATION TO ENTER JUDGMENT AGAINST DEFENDANT ANDREW N. YAO** |
| DCC II AIRCRAFT CORPROATION, ANDREW N. YAO, AND LORE NORTH YAO, | |
| Defendants. | |

   THIS MATTER having been opened to the Court by Pitney Hardin LLP, attorneys for U.S. Bancorp Equipment Finance, Inc. ("US Bancorp"), with the consent of defendant Andrew N. Yao; and on February 1, 2006 the Court having entered judgment in favor of Plaintiff U.S. Bancorp Equipment Finance, Inc. and against said



04/04/2006  14:24   2155634433                GOLDSMITH LAW OFFICE                  PAGE  11/12

defendant which the Court in a note stated was not a determination under F.R.C.P. 54(b) and said defendant having indicated a willingness to resolve this matter by entering into a stipulation to enter final judgment under Rule 54; and a final Judgment by Default being contemporaneously entered against Defendant DCC II Aircraft Corporation; and the parties having stipulated to the dismissal of the Complaint as against Defendant Lore N. Yao and there being no just reason for delay; and good cause appearing;

IT IS on this 1st day of April, 2006,

ORDERED that pursuant to F.R.C.P. 54, final judgment be and the same is entered in favor of plaintiff U.S. Bancorp Equipment Finance, Inc., and against defendant Andrew N. Yao, in the total amount of $2,058,931.46 without costs against either party.

IT IS FURTHER ORDERED that the Court shall retain jurisdiction over this matter for the purposes of enforcing all of the terms and provisions of this Stipulation.

_____
Hon. Legrome D. Davis, U.S.D.J.



PITNEY HARDIN LLP
Attorneys for Plaintiff
U.S. BANCORP EQUIPMENT FINANCE, INC.

By: _____
        THOMAS C. REGAN
        Counsel for the Firm

Dated: April 4, 2006

LAW OFFICES OF EDWIN M. GOLDSMITH, III
Attorneys for Defendant
ANDREW N. YAO

By: _____
        EDWIN M. GOLDSMITH, III
        A Member of the Firm

Dated: April 4, 2006

4-11-06
mailed
    E Goldsmith
    § Sheldon
    T. Regan

3

```
                                           U. S. DISTRICT COURT - DE
                                           MISC. CASE #  06 - 151
```

# PITNEY HARDIN LLP

HECTOR GONZALEZ
MANAGING CLERK
—--
DIRECT DIAL NUMBER
212 297-5801

E-MAIL
HGONZALEZ@PITNEYHARDIN.COM

7 TIMES SQUARE
NEW YORK, NEW YORK 10036-7311
(212) 297-5800
FACSIMILE (212) 916-2940

MORRISTOWN, NEW JERSEY
(973) 966-6300
FACSIMILE (973) 966-1015

BRUSSELS, BELGIUM
32-02-514-54-19
FACSIMILE 32-02-514-16-59

August 4, 2006

VIA EXPRESS MAIL

Clerk of the Court
US District Court
844 N. King Street
Wilmington, DE 19801

Re:   U.S. Bancorp Equipment v DCC II Aircraft Corp., et al.
      Registration of Foreign Judgment in another District

Dear Clerk of the Court:

Enclosed is an original and four copies of an AO 451 form (Certification of Judgment for Registration in Another District) to be filed with your court. I have attached a check in the amount of $66, which should cover the filing fee for the AO 451 form ($39) and for the issuance of three certified copies ($9 per certified document) of the judgment, filed with your court. Once completed, please send me the receipt, the file stamped copy of the AO 451 form and the three certified copies of the judgment in the enclosed self addressed stamped envelope.

If you have any questions, please feel free to contact me at (212) 297-5801.

Respectfully,

HECTOR GONZALEZ

HG